DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
Jim G. Price, Esq., SBN 119324
6569 Brentwood Boulevard
P.O. Box 1417
Brentwood, CA  94513
Telephone: 925-516-4686
Facsimile:  925-516-4058
Email:  deltalawgroup@yahoo.com

Attorneys for Plaintiff
LORRAINE CORREA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE CORREA, an individual, | Case No. 2:15-cv-00877-JAM-CKD |
| Plaintiff, | **STIPULATION TO FILE AMENDED COMPLAINT FOR DAMAGES; ORDER** |
| v. | |
| SYNCHRONY BANK, | **JURY TRIAL DEMANDED** |
| Defendant. | Complaint filed:  4/23/15 |

## STIPULATION

WHEREAS, Defendant has filed a motion to dismiss on June 19, 2015, which is scheduled for hearing on August 19, 2015; and

WHEREAS, Plaintiff in response to said motion, seeks to file the proposed amended complaint attached hereto as Exhibit "A";

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. Plaintiff, pursuant to FRCP, Rule 15, shall be permitted to file an amended complaint, stating the following causes of action:  Violation of the Rosenthal Act and Violation of the Telephone Consumer Protection Act.

2. Defendant reserves its right after review of the amended complaint to file a motion to dismiss.

**IT IS SO STIPULATED.**

DATED:  August 5, 2015                    DELTA LAW GROUP

                                                           /s/ Jim G. Price

                                                      BY:_____
                                                           JIM G. PRICE*
                                                           Attorneys for Plaintiff
                                                           LORRAINE CORREA


DATED:  August 5, 2015                    REED SMITH LLP

                                                           /s/ Judith T. Sethna

                                                      BY:_____
                                                           JUDITH T. SETHNA
                                                           Attorneys for Defendant
                                                           SYNCHRONY BANK

*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Judith T. Sethna has concurred in this filing.
*/s/ Jim G. Price*

*///*

*///*

*///*

*///*

## **ORDER**

**THE PARTIES' STIPULATION IS ADOPTED, AND IT IS SO ORDERED. THE AUGUST 19, 2015 HEARING DATE IS VACATED.**

DATED: August 6, 2015

                                       /s/ John A. Mendez
                                       THE HON. JOHN A. MENDEZ
                                       U.S. DISTRICT COURT JUDGE