DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
Jim G. Price, Esq., SBN 119324
6569 Brentwood Boulevard
P.O. Box 1417
Brentwood, CA  94513
Telephone:  925-516-4686
Facsimile:   925-516-4058
Email:  deltalawgroup@yahoo.com

Attorneys for Plaintiff
LORRAINE CORREA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE CORREA, an individual, ) | Case No. 2:15-cv-00877-JAM-CKD |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| v. ) | |
| ) | |
| SYNCHRONY BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action.  The Plaintiff will file a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

DATED:  August 12, 2015          DELTA LAW GROUP

                                         /s/ Jim G. Price

                                  BY:_____
                                         JIM G. PRICE
                                         Attorneys for Plaintiff
                                         LORRAINE CORREA

NOTICE OF SETTLEMENT