UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE CORREA, an individual, ) | Case No. 2:15-cv-00877-JAM-CKD |
| ) | |
| Plaintiff, ) | **ORDER GRANTING** |
| ) | **STIPULATION FOR DISMISSAL WITH** |
| v. ) | **PREJUDICE** |
| ) | |
| SYNCHRONY BANK, ) | |
| ) | |
| Defendant. ) | Judge: Hon. John A. Mendez |
| ) | Complaint Filed: 4/23/15 |
| ) | |
| ) | |
| ) | |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  11/3/2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE